IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:14-cv-592-RJC-DSC

LLOYD WATTS,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## **ORDER**

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Initial Attorneys' Conference. For good cause shown, the parties' Motion is GRANTED and it is hereby ORDERED that the deadline to conduct an initial attorneys' conference pursuant to Local Rule 16.1 is stayed until December 15, 2014.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge